Alex Rate
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Telephone: (406) 224-1447
Email: ratea@aclumontana.org

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE, | CV 25-40-BU-DLC |
| Plaintiffs, | Hon. Judge Dana Christiansen |
| -vs- | **PLAINTIFFS' NOTICE TO THE COURT Re: EFFORTS TO ACCOMPLISH SERVICE** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| Defendants. | |

Pursuant to this Court's Order (Doc. 9) directing Plaintiffs to provide information related to their efforts to notify and/or serve Defendants with their Complaint (Doc. 1), Motion for Temporary Restraining Order (Doc. 2) and related documents (Docs. 3 - 6.3), Plaintiffs provide the following information:

1) On Sunday, April 13, 2025 at 6:45pm, counsel for Plaintiffs sent an email to the following individuals who, on information and belief, are attorneys in the United States Attorney's Office for the District of Montana:

    a. Kurt Alme (kurt.alme@usdoj.gov);

    b. Victoria Francis (victoria.francis@usdoj.gov);

    c. Brendan McCarthy (brendan.mccarthy@usdoj.gov).

    Declaration of Alex Rate, ¶ 5(a), Exhibit B.

2) The email states: "Counsel - tomorrow morning we will be filing a lawsuit on behalf of two students at MSU Bozeman who had their F-1 visas revoked and their status changed in the SEVIS system. I am attaching the papers in this matter that will be filed in the morning. Please contact me if you have any questions." *Id.*

3) The email included nine attachments, including Docs. 1 – 6.3 (non-conformed copies). *Id.*

4) On Monday, April 14, 2025 at 5:57pm, counsel for Plaintiffs received an email from Mark Smith, Assistant U.S. Attorney, Civil Division Chief, U.S. Attorney's Office – District of Montana. *Id.* ¶ 5(b), Exhibit B.

5) The email copied John Newman and Shelly Cook, both of whom have email addresses associated with the U.S. Department of Justice. *Id.*

6) The email states: "Hi Alex.  We are preparing a response to your TRO motion & brief in the referenced litigation, which we hope to file soon.  Those efforts – including looking into SEVIS actions and F1 statuses – are obviously impeded by the anonymity of your clients.  Please provide us with their names.  We will maintain the confidentiality of the information. Thanks." *Id.*

7) On Tuesday, April 15, 2025 at 9:30am, counsel for Plaintiffs responded to Mr. Smith.  The email states: "Hi Mark - I'm out sick today but am trying to keep up with emails.  I would think - given the small number of revocations in Montana as well as the identifying characteristics in our complaint - that your clients would have access to the identities of the plaintiffs.  Is that not the case? In any event, let's get a protective order in place and then we can provide you with the names.  I've got a couple examples from recent state court cases that can be adapted unless DOJ has a preferred template. Thanks." *Id.* ¶ 5(c), Exhibit C.

8) Meanwhile, counsel for Plaintiffs is diligently working towards perfecting formal service of process of all documents via a process server. *Id.* ¶ 6.

Based on email correspondence between counsel for Plaintiffs and attorneys in United States Attorney's Office for the District of Montana, Defendants are actively aware of this lawsuit and are preparing a response to Plaintiffs Motion. "The sufficiency of written and actual notice is a matter for the trial court's discretion." *Document Operations, L.L.C. v. AOS Legal Techs., Inc.,* 2021 WL 3729333, at *2 (5th Cir. 2021).

Accordingly, Plaintiffs request that this Court exercise its discretion and find that Defendants are on notice for purposes of issuing a temporary restraining and/or preliminary injunction.

Respectfully submitted this 15th day of April, 2025.

<u>s/Alex Rate</u>
Alex Rate
ACLU of Montana
P.O. Box 1986
Missoula, MT  59806
Telephone: (406) 224-1447
Email: ratea@aclumontana.org