Alex Rate
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Telephone: (406) 224-1447
Email: ratea@aclumontana.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>  Plaintiffs,<br><br>-vs-<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | CV 25-40-BU-DLC<br><br>Hon. Judge Dana Christiansen<br><br><br>**DECLARATION OF ALEX RATE** |

I, Alex Rate, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in support of Plaintiffs' Notice to the Court re: Efforts to Accomplish Service.
2. I am over eighteen years of age and am competent to make this Declaration.
3. I am the Deputy Director and Legal Director at the American Civil Liberties Union of Montana.
4. I am an attorney representing the Plaintiffs in the instant case.
5. Attached hereto are true and correct copies of the following:
    a. EXHIBIT A:  Email from counsel for Plaintiffs to USDOJ on April 13, 2025;
    b. EXHIBIT B:  Email from USDOJ to counsel for Plaintiffs on April 14, 2025;
    c. EXHIBIT C:  Email from counsel for Plaintiffs to USDOJ on April 15, 2025.
6. Our office is working diligently to perfect formal service of all documents via a process server.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2025.

/s/ Alex Rate
Alex Rate

# EXHIBIT A

 **Outlook**

## Roe et al. v. Noem et al. - Student Visa Lawsuit

**From** Alex Rate <ratea@aclumontana.org>
**Date** Sun 4/13/2025 6:45 PM
**To** victoria.francis@usdoj.gov <victoria.francis@usdoj.gov>; brendan.mccarthy@usdoj.gov <brendan.mccarthy@usdoj.gov>; kurt.alme@usdoj.gov <kurt.alme@usdoj.gov>

9 attachments (1 MB)
ALEX RATE DECLARATION.pdf; BRIEF.pdf; COMPLAINT.pdf; EXHIBIT A.pdf; EXHIBIT B.pdf; EXHIBIT C.pdf; JANE DOE DECLARATION.pdf; JOHN ROE DECLARATION.pdf; MOTION.pdf;

Counsel - tomorrow morning we will be filing a lawsuit on behalf of two students at MSU Bozeman who had their F-1 visas revoked and their status changed in the SEVIS system. I am attaching the papers in this matter that will be filed in the morning.
Please contact me if you have any questions.

**Alex Rate**| Legal Director
(pronouns he/him)
ACLU of Montana
P.O. Box 1968, Missoula, MT 59806
Office: 406-224-1447
ratea@aclumontana.org

https://www.facebook.com/aclumontana/
https://twitter.com/ACLUMT
https://www.instagram.com/acluofmontana/



PRIVACY AND CONFIDENTIALITY STATEMENT: This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly unauthorized and prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message and delete this e-mail and any attachments without retaining a copy. Thank you.

# EXHIBIT B

 Outlook

## FW: Roe et al. v. Noem et al. - Student Visa Lawsuit

| | |
|---|---|
| From | Smith, Mark (USAMT) <Mark.Smith3@usdoj.gov> |
| Date | Mon 4/14/2025 5:57 PM |
| To | Alex Rate <ratea@aclumontana.org> |
| Cc | Newman, John (USAMT) <John.Newman@usdoj.gov>; Cook, Shelly (USAMT) <Shelly.Cook@usdoj.gov> |

Hi Alex.

We are preparing a response to your TRO motion & brief in the referenced litigation, which we hope to file soon. Those efforts – including looking into SEVIS actions and F1 statuses – are obviously impeded by the anonymity of your clients.  Please provide us with their names.  We will maintain the confidentiality of the information.

Thanks.



**Mark Steger Smith**
**Assistant U.S. Attorney**
**Civil Division Chief**
**U.S. Attorney's Office - District of Montana**

2601 Second Ave. N., Suite 3200 | Billings, Montana 59101

Desk: (406) 247-4667| Mobile: (406) 698-1029

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Alex Rate <ratea@aclumontana.org>
**Sent:** Sunday, April 13, 2025 6:45 PM
**To:** victoria.francis@usdoj.gov; brendan.mccarthy@usdoj.gov; Alme, Kurt (USAMT) <Kurt.Alme@usdoj.gov>
**Subject:** [EXTERNAL] Roe et al. v. Noem et al. - Student Visa Lawsuit

Counsel - tomorrow morning we will be filing a lawsuit on behalf of two students at MSU Bozeman who had their F-1 visas revoked and their status changed in the SEVIS system.  I am attaching the papers in this matter that will be filed in the morning.
Please contact me if you have any questions.

**Alex Rate**| Legal Director
(pronouns he/him)
ACLU of Montana
P.O. Box 1968, Missoula, MT  59806
Office: 406-224-1447
ratea@aclumontana.org

https://www.facebook.com/aclumontana/

https://twitter.com/ACLUMT

https://www.instagram.com/acluofmontana/



*PRIVACY AND CONFIDENTIALITY STATEMENT: This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly unauthorized and prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message and delete this e-mail and any attachments without retaining a copy. Thank you.*

# EXHIBIT C

Outlook

### Re: Roe et al. v. Noem et al. - Student Visa Lawsuit

| | |
|---|---|
| **From** | Alex Rate <ratea@aclumontana.org> |
| **Date** | Tue 4/15/2025 9:30 AM |
| **To** | Smith, Mark (USAMT) <Mark.Smith3@usdoj.gov> |
| **Cc** | Newman, John (USAMT) <John.Newman@usdoj.gov>; Cook, Shelly (USAMT) <Shelly.Cook@usdoj.gov> |

Hi Mark - I'm out sick today but am trying to keep up with emails. I would think - given the small number of revocations in Montana as well as the identifying characteristics in our complaint - that your clients would have access to the identities of the plaintiffs. Is that not the case?
In any event, let's get a protective order in place and then we can provide you with the names. I've got a couple examples from recent state court cases that can be adapted unless DOJ has a preferred template. Thanks.

**Alex Rate**| Legal Director
(pronouns he/him)
ACLU of Montana
P.O. Box 1968, Missoula, MT  59806
Office: 406-224-1447
ratea@aclumontana.org

https://www.facebook.com/aclumontana/
https://twitter.com/ACLUMT
https://www.instagram.com/acluofmontana/



PRIVACY AND CONFIDENTIALITY STATEMENT: This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly unauthorized and prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message and delete this e-mail and any attachments without retaining a copy. Thank you.

**From:** Smith, Mark (USAMT) <Mark.Smith3@usdoj.gov>
**Sent:** Monday, April 14, 2025 5:57 PM
**To:** Alex Rate <ratea@aclumontana.org>
**Cc:** Newman, John (USAMT) <John.Newman@usdoj.gov>; Cook, Shelly (USAMT) <Shelly.Cook@usdoj.gov>
**Subject:** FW: Roe et al. v. Noem et al. - Student Visa Lawsuit

Hi Alex.

We are preparing a response to your TRO motion & brief in the referenced litigation, which we hope to file soon. Those efforts – including looking into SEVIS actions and F1 statuses – are obviously impeded by the anonymity of your clients. Please provide us with their names. We will maintain the confidentiality of the information.

Thanks.



**Mark Steger Smith**
**Assistant U.S. Attorney**
**Civil Division Chief**
**U.S. Attorney's Office - District of Montana**
2601 Second Ave. N., Suite 3200 | Billings, Montana 59101
Desk: (406) 247-4667| Mobile: (406) 698-1029

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

---

**From:** Alex Rate <ratea@aclumontana.org>
**Sent:** Sunday, April 13, 2025 6:45 PM
**To:** victoria.francis@usdoj.gov; brendan.mccarthy@usdoj.gov; Alme, Kurt (USAMT) <Kurt.Alme@usdoj.gov>
**Subject:** [EXTERNAL] Roe et al. v. Noem et al. - Student Visa Lawsuit

Counsel - tomorrow morning we will be filing a lawsuit on behalf of two students at MSU Bozeman who had their F-1 visas revoked and their status changed in the SEVIS system. I am attaching the papers in this matter that will be filed in the morning.
Please contact me if you have any questions.

**Alex Rate**| Legal Director
(pronouns he/him)
ACLU of Montana
P.O. Box 1968, Missoula, MT  59806
Office: 406-224-1447
ratea@aclumontana.org
https://www.facebook.com/aclumontana/
https://twitter.com/ACLUMT
https://www.instagram.com/acluofmontana/



*PRIVACY AND CONFIDENTIALITY STATEMENT: This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly unauthorized and prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message and delete this e-mail and any attachments without retaining a copy. Thank you.*