IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | CV 25–40–BU–DLC <br><br><br> ORDER |

On April 15, 2025, the Court ordered that the Parties provide notice of any witnesses expected to testify at the April 29, 2025, hearing by April 22, 2025. (Doc. 11.) No notice having been filed,

IT IS ORDERED that each Party shall have 45 minutes of argument, irrespective of any time spent answering questions posed by the Court.

DATED this 25th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1