# EXHIBIT I

```
         UNITED STATES
         POSTAL SERVICE.
                LOLO
          11815 LEWIS CLARK DR
          LOLO, MT 59847-9998
              (800)275-8777
05/20/2025                           04:34 PM

Product              Qty    Unit    Price
                            Price

Priority Mail®        1              $10.10
Flat Rate Env
    Washington DC 20528
    Flat Rate
    Expected Delivery Date
        Sat 05/24/2025               $0.00
    Insurance
        Up to $100.00 included
    Certified Mail®                  $4.85
    Tracking #:
        9589 0710 5270 1987 5938 41
Total                                $14.95

Grand Total:                         $14.95

Credit Card Remit                    $14.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX9190
    Approval #: 710243
    Transaction #: 336
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required

          TO REPORT AN ISSUE
       Visit https://emailus.usps.com

         TO FILE AN INSURANCE CLAIM
    Visit https://www.usps.com/help/claims.htm
         If unable to file online, call
         1-800-332-0317 for a paper form

      PREVIEW YOUR MAIL AND PACKAGES
             Sign up for FREE at
        https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
           Thank you for your business.

              Customer Service
              1-800-ASK-USPS
       Agents do not have any additional
    information other than what is provided on
                   USPS.com.

         Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device.
```



```
            or call 1-800-410-7420.


UFN: 295184-0847
Receipt #: 840-55900286-2-5388765-2
Clerk: 09
```

