MARK STEGER SMITH  
Assistant U.S. Attorney  
U.S. Attorney's Office  
James F. Battin Federal Courthouse  
2601 2nd Ave. North, Suite 3200  
Billings, MT 59101  
Phone: (406) 247-4667  
Fax: (406) 657-6058  
Email: mark.smith3@usdoj.gov  

JOHN M. NEWMAN  
Assistant U.S. Attorney  
U.S. Attorney's Office  
P.O. Box 8329  
Missoula, MT 59807  
101 E Front Street, Suite 401  
Missoula, MT 59802  
Phone: (406) 829-3336  
Email: john.newman@usdoj.gov  

Attorneys for Defendant  
United States of America

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF MONTANA  
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>Plaintiffs,<br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | CV 25-40-BU-DLC<br><br>NOTICE OF APPEAL |

Defendants Department of Homeland Security, Kristi Noem, in her official

capacity as Secretary of the Department of Homeland Security, and Todd Lyons, in

his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, hereby appeal from the Court's May 13, 2025, order granting a preliminary injunction (Doc. 24) in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED this 14th day of July, 2025.

        KURT G. ALME
        United States Attorney

        /s/ Mark Steger Smith
        MARK STEGER SMITH
        JOHN M. NEWMAN
        Assistant U.S. Attorneys
        Attorneys for Defendants