MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov

JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 829-3336
Email: john.newman@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　　　　　Defendants. | CV 25-40-BU-DLC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Defendants, Kristi Noem, in her official capacity as Secretary of Homeland

Security, the Department of Homeland Security, and Todd Lyons, in his official

1

capacity as Acting Director of U.S. Immigrations and Customs Enforcement, give notice to the Court and opposing counsel of the withdrawal of Assistant U.S. Attorney John M. Newman.

Accordingly, it is respectfully requested that the Clerk of District Court terminate Assistant U.S. Attorney Newman as an attorney "to be noticed" in the CM-ECF records in the above-captioned case. Opposing counsel is respectfully requested to address any future correspondence or pleadings in the above-captioned case to Assistant U.S. Attorney Mark Steger Smith, whose address is set forth above.

DATED this 11th day of December, 2025.

                                            KURT G. ALME
                                            United States Attorney

                                            /s/ John M. Newman
                                            JOHN M. NEWMAN
                                            MARK STEGER SMITH
                                            Assistant U.S. Attorneys
                                            Attorneys for Defendants