IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKWAYNE MULLIN,[1] in his official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | CV 25–40–BU–DLC<br><br><br>ORDER |

The parties having filed a joint stipulation and motion to vacate existing deadlines and exempt this case from pretrial procedures, and good cause appearing,

IT IS ORDERED that the motion (Doc. 48) is GRANTED. The current preliminary pretrial conference order (Doc. 47) is VACATED. IT IS FURTHER ORDERED that the parties shall submit a proposed schedule for submission of an administrative record, for supplementation of the administrative record, and for briefing on summary judgment by May 22, 2026.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Secretary of the Department of Homeland Security is automatically substituted as a party.

1

DATED this 5th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court