IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MARKWAYNE MULLIN,[1] in his official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>        Defendants. | CV 25–40–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' unopposed motion for leave to file the Administrative Record, Index, and Certification under seal under seal. (Doc. 53.) For good cause showing,

IT IS ORDERED that the motion (Doc. 53) is GRANTED. The United States may file the Administrative Record, Index, and Certification under seal.

DATED this 23rd day of June, 2026.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Secretary of the Department of Homeland Security is automatically substituted as a party.

Dana L. Christensen, District Judge
United States District Court

2