IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ROE and JANE DOE, | CV 25–40–BU–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| MARKWAYNE MULLEN, in his official capacity as Secretary of Homeland Security;[1] the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| Defendants. | |

The parties have filed a Stipulation for Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 60.)

Accordingly, IT IS ORDERED that the above captioned matter is DISMISSED WITHOUT PREJUDICE with each party to bear its own fees and costs.

DATED this 21st day of July, 2026.

Dana L. Christensen, District Judge
United States District Court

---

[1] Defendants are substituted automatically under Federal Rule of Civil Procedure 25(d).